IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FINRA PENSION/401(k) PLAN COMMITTEE, <br><br> Plaintiff, <br><br> v. <br><br> NAPOLEON ROOSEVELT LIGHTNING, et al., <br><br> Defendants. | Case No. 1:23-cv-2336 |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier, through undersigned counsel, and with the consent of Plaintiff FINRA Pension/401(k) Plan Committee ("Plaintiff") hereby respectfully moves this Court for an enlargement of time to respond to the Complaint until October 20, 2023 and in support thereof states:

1. This is an interpleader action concerning the pay-on-death benefits of Anita Lightning ("Decedent") who died on September 10, 2022. The parties to this matter are Plaintiff which oversee and administers the FINRA Employees Retirement Plan and Anita Lightning's siblings (Napoleon Roosevelt Lightning, Tyrene Huff, and Lenora Frazier) and her nieces and nephews (Tanjanickia Lightning, Sherry Phillips, Tyler Huff, Paige Phillips, X'Zavier Lightning, Napoleon Lloyd Lightning, and Sidney Lightning). At least one of the Decedent's nieces and nephews contests the findings of Plaintiff with respect to Decedent's pay-on-death beneficiary designation on her 401(k) account.

2. Plaintiff filed suit on August 25, 2023 and issued summonses for all of the parties.

3. The undersigned were engaged by Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier on or about September 27, 2023. As it is understood, at least one of the parties who engaged the undersigned was served on or about September 9, 2023 which means that at least one responsive pleading is due on September 30, 2023.

4. In an effort to streamline matters and promote efficiency, it is requested that this Court enlarge the time for Defendants Napoleon Roosevelt Lighting, Tyrene Huff and Lenora Frazier be set as October 20, 2023.

5. Good cause exists as the enlargement will allow for the appropriate review of the claim, and adequate time to prepare a necessary response.

6. Plaintiff's counsel has consented to the relief sought herein.

WHEREFORE, for the foregoing reasons, Defendants, Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier request that this Court enlarge the time for them to respond to the Complaint to October 20, 2023.

Respectfully submitted,

/s/ Jesse D. Stein
Eugene W. Policastri, Bar No. 14917
Jesse D. Stein, Bar No. 17663
Selzer Gurvitch Ravin Werthimer & Polott, PC
600 Jefferson Plaza, Suite 308
Rockville, MD 20852
T:   (301) 986-9600
F:   (301) 986-1301
E:   gpolicastri@sgrwlaw.com
     jstein@sgrwlaw.com

Counsel for Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier

## Certificate of Service

      I hereby certify that on the 29th day of September 2023, the foregoing Entry of Appearance was served electronically through PACER where available and via United States mail, postage prepaid where unavailable, on:

Tanjanickia Lightning
8007 Millstone Ct.
Severn, MD 21144

Sherry Phillips
6928 S. Cornell Ave., Apt. 1.
Chicago, IL 60649

Tyler Huff
1607 Sweet Blossom Trail
Lawrenceville, GA 30043

Paige Phillips
800 Penn Ave., Apt. 601
Pittsburgh, PA 15222

X'Zavier Lightning
8007 Millstone Ct.
Severn, MD 21144

Napoleon Lloyd Lightning
5643 Hampton St.
Pittsburgh, PA 15206

Sidney Lightning
5643 Hampton St.
Pittsburgh, PA 15206

Edward Lee Isler, Esq.
Micah E. Ticatch, Esq.
Isler Dare PC
1945 Old Gallows Rd. Suite 650
Vienna, VA 22182

                                                      /s/ Jesse D. Stein
                                                      Jesse D. Stein