UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| **FINRA PENSION/401(k) PLAN COMMITTEE**, )<br>Plaintiff ) <br> ) <br> v. ) <br> ) <br> **NAPOLEON ROOSEVELT LIGHTNING**, *et al,* ) <br> Defendants. ) | Civil Action No. **RDB-23-2336** |

## PRAECIPE

Please enter the appearance of the undersigned as attorney for the Defendants, Tanja Lighhning, X'Zaivier Lightning, Paige Phillips, Sherry Phillips, Napoleon Lightning, and Sidney Lightning

*Carl V. Angelis*
_____
Carl V. Angelis
Bar # 03530
4601 Grant Street, NE
Washington, DC 20019-4741
(202) 328-9533
cangellis00@gmail.com