IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FINRA PENSION/401(k) PLAN COMMITTEE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 1:23-cv-2336-RDB |
| NAPOLEON ROOSEVELT LIGHTNING, et al., | ) ) ) ) |
| Defendants. | ) ) |

**JOINT REPORT PER SCHEDULING ORDER**

Comes now Defendants through their respective undersigned counsel, and hereby report to the Court as follows:

1. **Modification of Initial Scheduling Order:** The parties do not seek any modification to the Initial Scheduling Order at this time.

2. **Joint Request for Early settlement/ADR conference:** The parties do not jointly seek to request an early settlement or ADR Conference.

3. **Deposition Hours:** The parties jointly request that the Court increase the number of deposition hours available to the parties from 30 hours per party to 40 hours per party.

4. **Referral to United States Magistrate:** The parties do not wish for this matter to be referred to a United States Magistrate.

5. **Conference regarding Electronically Stored Information ("ESI"):** The parties have held an initial conference regarding ESI and agree to continue to discuss how ESI should be address should it become an issue in this case.

{00591624;1 }

Respectfully submitted,

*/s/ Jesse D. Stein*
Eugene W. Policastri, Bar No. 14917
Jesse D. Stein, Bar No. 17663
Selzer Gurvitch Rabin
Wertheimer & Polott, PC
600 Jefferson Plaza, Suite 308
Rockville, MD 20852
T: (301) 986-9600
F: (301) 986-1301
E: gpolicastri@sgrwlaw.com
   jstein@sgrwlaw.com

Counsel for Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier

*/s/ Carl V. Angelis*
Carl V. Angelis, Bar No. 03530
4601 Grant St., NE
Washington, D.C. 20019-4741
T: (202) 328-9533
E: cangelis00@gmail.com

Counsel for Tanja Lightning, X'Zavier Lightning, Paige Phillips, Sherry Phillips, Napoleon Lightning, and Sidney Lightning

## Certificate of Service

I hereby certify that on the 4th day of December 2023, the foregoing Joint Report was served electronically through PACER on:

Carl Angelis
4601 Grant St., NE,
Washington, D.C. 20019

Edward Lee Isler, Esq.
Micah E. Ticatch, Esq.
Isler Dare PC
1945 Old Gallows Rd. Suite 650
Vienna, VA 22182

*/s/ Jesse D. Stein*
Jesse D. Stein