IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| FINRA PENSION/401(k) PLAN COMMITTEE,<br><br>      Plaintiff,<br><br>      v.<br><br>NAPOLEON ROOSEVELT LIGHTNING, et al.,<br><br>      Defendants. | Case No. 1:23-cv-2336-RDB |

**CERTIFICATE OF DISCOVERY**

I hereby certify that on the 26th day of January 2024, I served by PACER and electronic mail, the following documents on Carl V. Angelis, counsel for Defendants Tanja Lightning, X'Zavier Lightning, Paige Phillips, Sherry Phillips, Napoleon Lighting and Sidney Lightning:

1. Defendants' First Set of Interrogatories to Tanjanicia Lightning;

2. Defendants' First Set of Interrogatories to X'Zavier Lightning;

3. Defendants' First Set of Interrogatories to Paige Phillips;

4. Defendants' First Set of Interrogatories to Sherry Phillips;

5. Defendants' First Set of Interrogatories to Napoleon Lightning;

6. Defendants' First Set of Interrogatories to Sidney Lightning;

7. Defendants' First Set of Requests for Production of Documents; and

8. Defendants' First Set of Requests for Admission to Tanjanickia Lightning.

Copies of the foregoing will be maintained in the records of the undersigned and made available for inspection and review upon request.

{00626180;1 }

Date:   January 25, 2024

Respectfully submitted,

/s/ Jesse D. Stein
Eugene W. Policastri, Bar No. 14917
Jesse D. Stein, Bar No. 17663
Selzer Gurvitch Rabin
Wertheimer & Polott, PC
600 Jefferson Plaza, Suite 308
Rockville, MD 20852
T:      (301) 986-9600
F:      (240) 235-4399
E:      gpolicastri@sgrwlaw.com
        jstein@sgrwlaw.com

Counsel for Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier

## CERTIFICATE OF SERVICE

I hereby certify that on the January 25, 2024 the foregoing was served by the Court's electronic PACER system on the following individuals:

Edward Lee Isler, Esq.
Micah E. Ticatch, Esq.
Isler Dare PC
1945 Old Gallows Rd. Suite 650
Vienna, VA 22182
*Counsel of Record for*
*FINRA Pension/401(k) Plan Committee*

Carl V. Angelis
4601 Grant Street, NE
Washington, DC 20019-4741
Counsel for Defendants Tanja Lightning,
X'Zaivier Lightning, Paige Phillips, Sherry Phillips,
Napoleon Lightning and Sidney Lightning

/s/ Jesse D. Stein
Jesse D. Stein

{00626180;1 }