UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| **FINRA PENSION/401(k) PLAN COMMITTEE**,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| **TANJA LIGHTNING**, *et al*,<br>    Defendants | )<br>)<br>)   Civil Action No. 1:23-cv-2336 |
| and | )<br>)<br>) |
| **NAPOLEON ROOSEVELT LIGHTNING**, *et al,*<br>    Defendants. | )<br>) |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DISCOVERY

The Defendants, Tanja Lightning *et al*, by and through their undersigned attorney, respectfully move the Court, for the reasons which follow, for an extension of the time set for discovery and an adjustment accordingly otherwise in this case.

1. Undersigned counsel on Friday March 29, 2024 conferred with Eddie Isler, attorney for the **Plaintiff**, FINRA Pension/401(k) Plan Committee, and with Jesse D. Stein, attorney for the **Defendants**, Napoleon Roosevelt Lightning, Tyrene Huff, and Lenora Frazier, conveyed to each of the aforesaid attorneys a draft of this motion, and received from each of the aforesaid attorneys their consent to this motion.

2. The Scheduling Order in this case set deadlines of April 3, 2024 for discovery and submission of a status report and April 10, 2024 for requests for admission.

3. This is a **very** fact and issue intensive case, with discovery, both written discovery requests and responses and depositions, playing an especially critical role in defining and narrowing the issues and ascertaining the facts and the evidence in relation

thereto, and thereby in the Court's arriving at a resolution in the most efficient and just manner.

4. This case involves three sets of parties (a) as the Plaintiff, the FINRA Pension/401(k) Plan Committee; (b) a set of Defendants consisting of Napoleon Roosevelt Lightning, Tyrene Huff and Napoleon Frazier, none of whom are local; and (c) a set of Defendants consisting of Tanja Lightning, X'Zavier Lightning, Paige Phillips, Sherry Phillips, Napoleon Lightning, and Sydney Lightning, only two of whom are local.

5. Undersigned counsel, representing the Defendants Tanja Lightning and five others has, additionally, been slowed by reason of a health issue.

6. An extension of seventy-five days for the conclusion of discovery would not only prejudice no one but would assist all parties, and additionally the Court, in reaching, most efficiently, a just and proper resolution.

WHEREFORE, for these and such other reasons as may appear to the Court, it is requested that (a) the deadline for discovery and submission of a status report be extended to Monday, June 17, 2024, the deadline for requests for admission be extended to Monday, June 24, 2024; and the deadline for dispositive pretrial motions be extended to Wednesday, July 17, 2024.

Respectfully submitted,

*Carl V. Angelis*
_____
Carl V. Angelis
Bar # 03530
4601 Grant Street, NE
Washington, DC 20019-4741
(202) 328-9533
(202) 350-4262 (fax)
cangelis00@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this motion is this March 31, 2024 being served, through the Court's electronic PACER system on:

Edward Lee Isler, Esq.
and Micah E. Ticatch, Esq.
Isler Dare PC
1945 Old Gallows Road
Suite 650
Vienna, VA 22182

Counsel of Record for
FINRA Pension 401(k) Plan Committee

    and

Eugene W. Policastri
and Jesse D. Stein
Selzer Gurvitch Rabin Wertheimer & Polott, PC
600 Jefferson Plaza
Suite 308
Rockville, MD

Counsel for Defendants
Napoleon Roosevelt Lightning, Tyrene Huff and Napoleon Frazier

*Carl V. Angelis*
————————————————
Carl V. Angelis

UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| **FINRA PENSION/401(k) PLAN COMMITTEE**, <br> Plaintiff <br> <br> v. <br> <br> **TANJA LIGHTNING**, *et al*, <br> Defendants. <br> <br> and <br> <br> **NAPOLEON ROOSEVELT LIGHTNING**, *et al,* <br> Defendants. | **Civil Action No. 1:23-cv-2336** |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Discovery, filed March 31, 2024, and the entire record herein, it is this _____ day of _____ 2024

**ORDERED:**

That the motion be, and it hereby is, granted; and

That (a) the deadline for discovery and submission of a status report be, and it hereby is, extended to Monday, June 17, 2024; (b) the deadline for requests for admission be, and it hereby is, extended to Monday, June 24, 2024; and (c) the deadline for dispositive pretrial motions be, and it hereby is, extended to Wednesday, July 17, 2024.

_____
Richard D. Bennett
United States District Judge