UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| **FINRA PENSION/401(k) PLAN COMMITTEE**,<br>　　　　　Plaintiff<br><br>　　v.<br><br>**TANJA LIGHTNING,** *et al*,<br>　　　　　Defendants.<br><br>　and<br><br>**NAPOLEON ROOSEVELT LIGHTNING,** *et al,*<br>　　　　　Defendants. | **Civil Action No. 1:23-cv-2336** |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Discovery, filed March 31, 2024, and the entire record herein, it is this <u>1st</u> day of <u>April</u> 2024

**ORDERED:**

That the motion be, and it hereby is, granted; and

That (a) the deadline for discovery and submission of a status report be, and it hereby is, extended to Monday, June 17, 2024; (b) the deadline for requests for admission be, and it hereby is, extended to Monday, June 24, 2024; and (c) the deadline for dispositive pretrial motions be, and it hereby is, extended to Wednesday, July 17, 2024.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Richard D. Bennett
　　　　　　　　　　　　　　　　　　　　United States District Judge