IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| FINRA PENSION/401(k) PLAN COMMITTEE, ) ) ) ) Plaintiff, ) ) v. ) ) NAPOLEON ROOSEVELT LIGHTNING, ) et al., ) ) Defendants. ) ) | Case No. 1:23-cv-2336-RDB |

**PARTIAL CONSENT MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS**

Comes now Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier (collectively "Siblings"), through undersigned counsel hereby moves this Court for an order enlarging the time to submit dispositive motions from Wednesday July 17, 2024 to Friday July 19, 2024 and in support thereof states:

1. This case concerns the pay-on-death beneficiary designation of an ERISA plan. The parties each claim an entitlement to at least a portion of the benefits. The Siblings are the decedent Anita Lightning's siblings. The other parties are Anita Lightning's nieces and nephews.

2. On April 1, 2024, this Court entered an order enlarging the period to submit dispositive motions to July 17, 2024.

3. Discovery has closed. The undersigned has prepared a dispositive motion on the Siblings' behalf to file; however, due to administrative issues, additional time is necessary to collect and organize exhibits and process the document as required by the Local Rules. At present the undersigned is going through an office realignment and the administrative/paralegal staff is

{00731064;1}1

unavailable to process the documentation and prepare a table of contents as needed and in accordance with the Local Rules. Accordingly, good cause exists.

4. The enlargement sought is *de minimis* and will not impact on the Court's schedule or oversight of the case. The request is sought for a proper reason.

5. Plaintiff FINRA Pension/401(k) Committee has consented to this request. As of the filing of this motion, counsel for the Nieces and Nephews has not responded to the request for consent to this Motion.

WHEREFORE, it is respectfully requested that this Court grant this Motion in its entirety and enlarge the time to file dispositive motions from July 17, 2024 to July 19, 2024.

Date:   July 17, 2024

Respectfully submitted,

*/s/ Jesse D. Stein*
Eugene W. Policastri, Bar No. 14917
Jesse D. Stein, Bar No. 17663
Selzer Gurvitch Rabin
Wertheimer & Polott, PC
600 Jefferson Plaza, Suite 308
Rockville, MD 20852
T:   (301) 986-9600
F:   (240) 235-4399
E:   gpolicastri@sgrwlaw.com
     jstein@sgrwlaw.com

Counsel for Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier

## CERTIFICATE OF SERVICE

I hereby certify that on the July 17, 2024 the foregoing was served by the Court's electronic PACER system on the following individuals:

Edward Lee Isler, Esq.
Micah E. Ticatch, Esq.
Isler Dare PC
1945 Old Gallows Rd. Suite 650
Vienna, VA 22182
*Counsel of Record for*
FINRA Pension/401(k) Plan Committee

Carl V. Angelis
4601 Grant Street, NE
Washington, DC 20019-4741
Counsel for Defendants Tanja Lightning,
X'Zaivier Lightning, Paige Phillips, Sherry Phillips,
Napoleon Lightning, Tyler Huff, and Sidney Lightning

                                                    /s/ Jesse D. Stein
                                                    Jesse D. Stein