**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FINRA PENSION/401(k) PLAN COMMITTEE, <br><br> Plaintiff, <br><br> v. <br><br> NAPOLEON ROOSEVELT LIGHTNING, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:23-cv-2336-RDB |

**ORDER**

Upon the Motion of Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier to Enlarge the Time to File Dispositive Motions from July 17, 2024 to July 19, 2024, the consent of Plaintiff FINRA Pension/401(k) Plan Committee, any opposition thereto and good cause having been shown, it is hereby:

ORDERED that the Motion of Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier to Enlarge the Time to File Dispositive Motions from July 17, 2024 to July 19, 2024 is GRANTED in its ENTIRETY; and it is further

ORDERED that the time for the parties to file dispositive motions is enlarged from July 17, 2024 to July 19, 2024.

SO ORDERED.

Date: _____                _____
                                             Judge, United States District Court for Maryland

{00731066;1 }