# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FINRA PENSION/401(k) PLAN COMMITTEE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:23-cv-2336-RDB |
| NAPOLEON ROOSEVELT LIGHTNING, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS NAPOLEON LIGHTNING, TYRENE HUFF, AND LENORA FRAZIER'S MOTION FOR SUMMARY JUDGMENT
## EXHIBIT LIST

| Exhibit | Description | Page |
|---|---|---|
| 1 | FINRA Employees Retirement Plan | 3, 4, 5, 6, 18 |
| 2 | Response by Defendants Tankankika (sic) Lightning et al. to Request for Admissions Propounded by Defendants Napoleon Roosevelt Lightning, et al. | 3, 4, 7, 9, 10, 11, 12, 13 |
| 3 | Beneficiary Designation form dated February 10, 2019 | 5, 8 |
| 4 | April 2, 2018 Durable Financial Power of Attorney | 7 |
| 5 | Beneficiary Designation form dated June 6, 2022 | 9 |
| 6 | November 30, 2022 letter from Plaintiff to Tanja | 10, 11 |
| 7 | January 11, 2023 facsimile from Tanja to Plaintiff | 11 |
| 8 | March 29, 2023 letter from Plaintiff to Tanja | 12 |
| 9 | May 25, 2023 Appeal letter | 12 |
| 10 | July 28, 2023 letter | 12, 20, 24 |
| 11 | July 29, 2023 email from Tanja to Cavallaro | 13 |