IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FINRA PENSION/401(K) PLAN COMMITTEE** ) <br>         *Plaintiff*, ) <br> ) <br> vs. ) <br> ) <br> **NAPOLEON ROOSEVELT LIGHTNING, et. al.,** ) <br>         *Defendants*. ) | CASE NO. **1:23-cv-2336-RDB** |

**RESPONSE BY DEFENDANTS TANKANICKA LIGHTNING *et al*
TO REQUEST FOR ADMISSIONS
PROPOUNDED BY DEFENDANTS NAPOLEON ROOSEVELT LIGHTNING *et al***

1. The January 11, 2023 letter/facsimile from you to FINRA Pension Center attached hereto as Exhibit 1 and to the Complaint FINRA filed in this matter as Exhibit 6 is a true and correct copy of a letter/facsimile you sent on January 11, 2023.

    Admitted, with the proviso that the letter appears as Exhibit 8 in the exhibits provided with the Requests for Admission and as Exhibit 8 in the exhibits provided with the original Complaint.

2. You never served as the attorney-in-fact to Anita Lightning pursuant to a written Durable Power of Attorney executed by Anita Lightning ("Anita").

    Admitted.

3. Prior to her death, Anita was the Participant in the FINRA Employees Retirement Plan ("Plan").

    Admitted.

4. The Plan was administered by FINRA Pension/401(k) Plan Committee.

EXHIBIT 2

      Admitted.

5. The Plan provides certain retirement benefits for eligible Participants who retire from employment with the Financial Industry Regulatory Authority ("FINRA").

      Admitted.

6. The Plan is set forth in Exhibit 1.

      Denied, in that the exhibit provided contains only a limited number of pages of the Plan.

7. Exhibit 1 is a true and correct copy of the Plan.

      See Response to Request #6.

8. Exhibit 2 attached hereto is a true and correct copy of FINRA Employees Retirement Plan Summary Plan Description.

      Admitted.

9. Exhibit 3 hereto is a true and correct copy of the February 9, 2021Employee Retirement Plan Pension Calculation Statement issued to Anita.

      The Defendants lack information to respond properly to this Request.

10. Exhibit 4 attached hereto is a true and correct copy of the Durable Power of Attorney Anita executed on April 2, 2018.

      Denied.

11. On April 2, 2018, Anita appointed Tyrene Hough as her attorney-in-fact.

12. The Plan provides that a participant who retires before the age of 65 can opt to receive benefits of the Plan immediately or defer until they reach the age of 65.

      Admitted.

13. The Plan provides that if "a Participant should die prior to the commencement of his retirement benefits, the Beneficiary of such Participant shall receive benefits (in the form provided under Section 6.02) equal to one hundred percent (100%) of the Actuarial Equivalent of the deceased Participants monthly retirement benefit determined as of the date of death." See Ex. 1 at 6.01.

    Admitted.

14. The Plan further provides that the above death benefits are paid to the Beneficiaries whom the Participant designates on the "form and medium prescribed by the Committee." Exhibit 1, § 1.06. In the absence of an effective designation, or if all designated persons predecease the Participant, the Beneficiary is the Participant's surviving spouse or domestic partner; if none exist, the Beneficiary is the Participant's estate. *See id*.

    Admitted.

15. The Beneficiary Designation form allows for Participants to designate as many Beneficiaries as the Participant wishes. It also allows the Participant to designate "contingent beneficiaries" who will receive benefits in the event the Beneficiaries are not living at the time of distribution.

    Admitted.

16. The Beneficiary Designation form states at the top:

    > Use this form to designate your beneficiary(ies) for the FINRA Employees Retirement Plan. Any benefit payable will be split equally among the beneficiaries listed. <u>Once you make your beneficiary designation, you must sign and date this form in the Participant Signature section</u>. If you are married and designate someone other than solely your spouse, your spouse must sign the Consent of Spouse section in the presence of a Notary Public. If you need more

space, make a copy of this Beneficiary Designation section, complete it, and attach it to this form.

Admitted, though noting that nothing in the quoted language is underlined on the document itself.

17. The Beneficiary Designation form Anita submitted to FINRA on February 10, 2019 is attached as Exhibit 5.

Denied.

18. The Beneficiary Form attached as Exhibit 5 is a true and correct copy of the Beneficiary form.

Denied.

19. In June 2022 you tried to change the beneficiary designations on a Beneficiary Designation form associated with the ERISA retirement Plan for Anita.

Admitted, with the proviso that it was submitted on behalf of, and at the direction of, Anita.

20. Anita was your aunt.

Admitted.

21. Anita was FINRA employee and Participant in the Plan.

Admitted.

22. Anita retired from FINRA retired from FINRA on December 31, 2018.

Admitted.

23. At the time of her retirement, Anita had a fully vested interest in her retirement benefits.

Admitted.

24. At the time of her retirement, Anita was less than 65 years old.

Admitted.

25. Anita's siblings in February 2019 were Tyrene Huff, Lenora B. Frazier and Napoleon R. Lightning.

    Admitted.

26. On June 6, 2022, a Beneficiary Designation form was submitted to FINRA Pension Center in connection with Anita's Plan.

    Admitted.

27. Exhibit 6 attached hereto is a true and correct copy of the Beneficiary Designation form submitted to FINRA Pension Center in connection with Anita's Plan.

    Admitted.

28. You signed Anita's name to the June 6, 2022 Beneficiary Designation form.

Admitted, though while noting that this was at Anita's request and direction.

29. You submitted the June 6, 2022 Beneficiary Designation form at Exhibit 6 to FINRA Pension Center.

    Admitted.

30. When you submitted the June 6, 2022 Beneficiary Designation form at Exhibit 6 to FINRA Pension Center in connection with Anita's Plan, you attempted to change the beneficiary designations for Anita.

31. You never had written authority from Anita to change the beneficiary designations on a Beneficiary Designation form associated with the ERISA retirement Plan for Anita.

Admitted, though while noting that the only reason there was no written authorization was that Anita was physically incapable at that point of signing her name.

32. Anita was never adjudicated incompetent or in need of a guardian or conservator prior to her death.

    Admitted.

33. Anita died on September 10, 2022.

    Admitted.

34. On September 14, 2022 you called the FINRA Pension Center.

    Admitted.

35. During the September 14, 2022 call you made to the FINRA Pension Center, you confirmed that Anita did not personally sign the June 6, 2022 Designation form.

    Admitted.

36. During the September 14, 2022 call you made to the FINRA Pension Center, you confirmed that you signed the June 6, 2022 Beneficiary Form at Exhibit 6 on Anita's behalf.

    Admitted.

37. On November 30, 2022, FINRA Pension Center notified you that neither you nor anyone else listed on the June 6, 2022 Beneficiary Designation form at Exhibit 6 was eligible for distribution of any Death benefits under Anita's Plan.

    Admitted.

38. Exhibit 7 attached hereto is a true and correct copy of the November 30, 2022 letter FINRA Pension Center sent you.

    Admitted.

39. On January 11, 2023, you faxed a letter to FINRA Pension Center.

    Admitted.

40. In your January 11, 2023 letter, you asked FINRA Pension Center to reconsider its denial of death benefits as set forth on June 6, 2022 Beneficiary Designation form at Exhibit 6.

    Admitted.

41. Attached hereto as Exhibit 8 is a true and correct copy of the letter you sent to FINRA Pension Center.

    Admitted.

42. In your letter of January 11, 2023, you confirmed to FINRA Pension Center that you, and not Anita, signed the June 6, 2022 Beneficiary Designation form.

    Admitted.

43. On March 29, 2023, your claim for a portion of the Death Benefits available under Anita's Plan was denied.

    Admitted.

44. Exhibit 9 hereto is a true and correct copy of the March 29, 2023 letter FINRA pension Center sent to you notifying you that your claim for Death Benefits available under Anita's Plan was denied.

    Admitted.

45. On May 25, 2023, you filed an appeal on behalf of you, Sherry Phillips, Paige A. Phillips, X'Zavier L. Lightning, Napoleon L. Lightning, and Sidney Lightning.

    Admitted.

46. Exhibit 10 hereto is a true and correct copy of the May 25, 2023 appeal letter you filed.

    Admitted.

47. Exhibit 11 is a true and correct copy of a facsimile you sent to FINRA Pension Center on July 10, 2023.

   Admitted.

48. Exhibit 12 attached hereto is an email to you to Tony Cavallaro of FINRA Pension Center on July 18, 2023 at 7:49 AM.

   Admitted.

49. Exhibit 13 attached hereto is a true and correct copy of a facsimile you sent to FINRA Pension Center on July 18, 2023 at 11:33 PM.

   Admitted.

50. On July 28, 2023, your appeal was denied.

   Admitted.

51. Exhibit 14 attached hereto is a true and correct copy of the July 28, 2023 letter FINRA Pension Center notifying you of its denial of your appeal.

   Admitted.

By: *Carl V. Angelis*
Carl V. Angelis
Bar # 03530
4601 Grant St NE,
Washington, DC 20019-4741
(202) 328-9533
(202) 350-4262 (fax)
cangelis00@gmail.com

Attorney for Tanja Lightning *et al*