ANITA M LIGHTNING                               Preretirement Survivor Annuity Beneficiary Designation, Page 3



## Beneficiary Designation

Use this form to designate your beneficiary(ies) for the FINRA Employees Retirement Plan. Any benefit payable will be split equally among the beneficiaries listed. Once you make your beneficiary designation, you must sign and date this form in the Participant Signature section. If you are married and designate someone **other than solely your spouse**, your spouse must sign the Consent of Spouse section in the presence of a Notary Public. If you need more space, make a copy of this Beneficiary Designation section, complete it, and attach it to this form.

| Primary Beneficiary Name | Social Security Number | Relationship | Percentage |
|---|---|---|---|
| 1. Tanjanickia C. Lightning | [redacted] | Niece | 10% |
| 2. Sherry C. Phillips | [redacted] | Niece | 10% |
| 3. Tyler B. Huff | [redacted] | Niece | 10% |
| 4. Paige A. Phillips | [redacted] | Niece | 10% |

| Contingent Beneficiary Name | Number | Relationship | Percentage |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

## Participant Signature

My signature below certifies that:

- I have elected the beneficiary designation(s) specified on this form for the Preretirement Survivor Annuity under the FINRA Employees Retirement Plan.

- I understand I have a right to designate a beneficiary other than my spouse, if applicable, and my spouse has the right to consent or not to such designation.

- I understand I may redesignate my spouse, if applicable, as my beneficiary or with my spouse's consent, change my beneficiary.

_Anita L._                                                       06.06.2022
Signature of Participant                                         Date

**EXHIBIT 5**



ANITA M LIGHTNING                                  Preretirement Survivor Annuity Beneficiary Designation, Page 3

## Beneficiary Designation

Use this form to designate your beneficiary(ies) for the FINRA Employees Retirement Plan. Any benefit payable will be split equally among the beneficiaries listed. Once you make your beneficiary designation, you must sign and date this form in the Participant Signature section. If you are married and designate someone **other than solely your spouse**, your spouse must sign the Consent of Spouse section in the presence of a Notary Public. If you need more space, make a copy of this Beneficiary Designation section, complete it, and attach it to this form.

| Primary Beneficiary Name | Social Security Number | Relationship | Percentage |
|---|---|---|---|
| 1. X'Zavier L. Lightning | [redacted] | Nephew | 10% |
| 2. Napoleon L. Lightning | [redacted] | Nephew | 10% |
| 3. Sidney L. Lightning | [redacted] | Niece | 10% |
| 4. Napoleon R. Lightning | [redacted] | Brother | 10% |

| Contingent Beneficiary Name | Number | Relationship | Percentage |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

## Participant Signature

My signature below certifies that:

- I have elected the beneficiary designation(s) specified on this form for the Preretirement Survivor Annuity under the FINRA Employees Retirement Plan.

- I understand I have a right to designate a beneficiary other than my spouse, if applicable, and my spouse has the right to consent or not to such designation.

- I understand I may redesignate my spouse, if applicable, as my beneficiary or with my spouse's consent, change my beneficiary.

_[signed] Anita_                                          _06.06.2022_
Signature of Participant                                    Date



ANITA M LIGHTNING

Preretirement Survivor Annuity Beneficiary Designation, Page 3

## Beneficiary Designation

Use this form to designate your beneficiary(ies) for the FINRA Employees Retirement Plan. Any benefit payable will be split equally among the beneficiaries listed. Once you make your beneficiary designation, you must sign and date this form in the Participant Signature section. If you are married and designate someone **other than solely your spouse**, your spouse must sign the Consent of Spouse section in the presence of a Notary Public. If you need more space, make a copy of this Beneficiary Designation section, complete it, and attach it to this form.

| Primary Beneficiary Name | Social Security Number | Relationship | Percentage |
|---|---|---|---|
| 1. Tyrene L. Huff | ███ | Sister | 10% |
| 2. Lenora B. Frazier | ███ | Sister | 10% |
| 3. | | | |
| 4. | | | |

| Contingent Beneficiary Name | Social Security Number | Relationship | Percentage |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

## Participant Signature

My signature below certifies that:

- I have elected the beneficiary designation(s) specified on this form for the Preretirement Survivor Annuity under the FINRA Employees Retirement Plan.

- I understand I have a right to designate a beneficiary other than my spouse, if applicable, and my spouse has the right to consent or not to such designation.

- I understand I may redesignate my spouse, if applicable, as my beneficiary or with my spouse's consent, change my beneficiary.

_Anita L._ _____  _06.06.2022_____
Signature of Participant                                           Date