



**Pension Plan
Benefit Eligibility Notice**

Tanjanickia C Lightning

Statement Date: 11/30/2022

On behalf of FINRA, we wish to extend our sympathy regarding the death of Anita Lightning. We understand that Ms. Lightning passed away on September 10, 2022 as a vested participant in the FINRA Employees Retirement Plan.

The survivor benefits payable from the FINRA Employees Retirement Plan will be distributed to the beneficiaries named on the most recent, valid Pre-Retirement Beneficiary Designation form signed on February 10, 2019. Therefore, no benefits will be paid to you as a survivor of Ms. Lightning.

If you have questons, please contact the FINRA Pension Center toll-free at 1-877-552-0162. Pension Center representatives are available between 10 a.m. and 6 p.m., Eastern time, Monday through Friday.

Sincerely,

The FINRA Pension Center

**EXHIBIT 6**