

From: TANJANICKIA LIGHTNING

To: FINRA PENSION CENTER

Memo: BENEFICIARY DESIGNATION APPEAL FOR ANITA LIGHTNING

**EXHIBIT 7**

January 11, 2023

Attention FINRA Pension Center:

I Tanjanickia Lightning am writing this letter on behalf of myself and several other beneficiaries to appeal the decision made by FINRA Pension Center in regards to the beneficiary documents for Anita Lightning.

It has been brought to the attention of all beneficiaries that the document from June 2022 listing Tanjanickia Lightning, Sherry Phillips, Tyler Huff, Paige Phillips, X'Zavier Lightning, Napoleon L. Lightning, Sidney Lightning, Tyrene Huff, Lenora Frazier and Napoleon R. Lightning as beneficiaries to Anita Lightning's pension benefits upon her death has been classified as fraudulent or invalid due to claims/allegations made by Tyrene Huff. The claim implies that the document should not have been signed on the behalf of Anita Lightning by Tanjanickia Lightning or that the document was signed fraudulently.

The decision that was made would reject the most recent beneficiary documents from June 2022 and reinstate the previous document on file from February 2019.
There are multiple facts and details surrounding the validity of the most recent document completed in June 2022. All facts and details will be presented with supporting documentation to include statements from witnesses that were present at the time consent was given by Anita Lightning to Tanjanickia Lightning to complete and sign the document.

Prior to June 2022, Anita Lightning contacted FINRA pension center to discuss her intention to change her beneficiary designations. I was present at the time and assisted her with the phone call due to a communication barrier Anita had because of her medical condition. When asked by the representative I was given authorization to speak on her behalf. I assume this is on file along with numerous other phone calls where I had been given authorization by Anita Lightning to conduct business on her behalf with FINRA. The representative advised us that documents would be mailed to Anita's home address and would need to be completed, signed and sent in for the designations to be changed. During this call, I made mention that I would be available to assist my aunt with this as her mobility was slightly impaired which made it difficult for her to write. This phone call alone should attest to the fact that Anita Lightning had every intention to make changes to her beneficiary designations. Therefore, leaving the beneficiaries the same does not fulfill the final wishes of Anita Lightning.

Aside from this, I Tanjanickia Lightning will attest to the fact that I was given verbal authorization to complete and sign the signature of my aunt Anita Lightning on the beneficiary document on file from June 2022 with 4 witnesses present. According to my knowledge it is legal for a person to have the express permission of someone to sign documents on their behalf. Although I was not the power of attorney, I was present and overseen by Anita Lightning while completing the document. Therefore, she was able to validate herself that the document was being completed as she intended. For this reason, I was entrusted and authorized on multiple occasions to handle all personal affairs side by side with my aunt Anita Lightning. In which case, there is a

high possibility that the beneficiary document from 2019 was completed and signed by me with Anita Lightning as the overseer. And to my recollection that document listed Tyrene Huff, Lenora Frazier, Napoleon Lightning and myself as beneficiaries. If this is not the case I am requesting that further investigation be conducted.

Furthermore, Tyrene Huff as the durable power of attorney was not given the right by Anita Lightning in her POA documentation to change or contest her beneficiary designations. Also, as the executor of Anita Lightning's estate Tyrene Huff is legally obligated to act in the best interest of all beneficiaries with good faith, and honesty and has not done so thus far in other areas of the estate aside from the FINRA pension. Because of this she will in turn be removed as the executor of the estate by the court when the filings take place. Therefore, contesting the beneficiary document from June 2022 acts as a direct violation of her fiduciary duties as the executor of the estate and results in a personal gain for herself which is unfair to all beneficiaries and the estate of Anita Lightning.

The changes that were made to the beneficiaries was done to accommodate the best interest of every adult family member of Anita Lightning and coincides with the living will. Anita Lightning intended for all ten adult members of her family to receive equal portions of all monetary funds from her estate to include annuities and investments through Ameriprise, the selling of her permanent residence and her pension benefits from FINRA. Every beneficiary listed above was aware of the fact that Anita Lightning had appointed me to complete and sign the beneficiary document. I personally contacted each beneficiary and asked for and obtained their social security numbers with the exception of Tyrene Huff due to the fact that her information was given to me by Lenora Frazier. If my completion of the document was an issue for any beneficiary listed above, it could have been contested at that time and discussed with Anita Lightning while she was living.

Also, timing of when the claim was made should be considered as it plays a major role in the rights of Anita Lightning as a living person who was able to make her own decisions prior to going into hospice in early September 2022. If the claim was made before her death, Anita Lightning should have been contacted by FINRA for validation or efforts should have been made to do so. If the claim was made after her death Tyrene Huff is no longer the POA and cannot act as such once Anita Lightning passed away. Furthermore, Tyrene Huff as the POA had ample opportunity to discuss any issue she had with the beneficiary designations or who completed the document with Anita Lightning before she lost full cognition in early September 2022.
In light of these details, I Tanjanickia Lightning on behalf of myself, Sherry Phillips, Paige Phillips, X'Zavier Lightning, Napoleon L. Lightning and Sidney Lightning would like you to reconsider the decision made in regards to the pension beneficiary designations for Anita Lightning.

Our expectation is that you would please honor the most recent document completed in June 2022 which would evenly distribute the benefits.
Additional documentation will be provided for your review via fax to include witness statements from 3 beneficiaries (Sherry Phillips, Paige Phillips and X'Zavier Lightning) and 1 uninterested

party (Jacqueline Yarbough) that was present at the time that Anita Lightning demanded and gave authorization for the document to be completed and signed by Tanjanickia Lightning. Also, confirmation of her intent to collect and evenly distribute the funds from her pension from her financial advisor Donald Collette from Ameriprise can be provided. Also, a personal statement from myself. Additional statements from friends, family, colleagues and business partners can be provided as character witness statements and to validate the wishes of Anita Lightning upon request.

I truly appreciate your time in this matter, and your review to reconsider the decision. I hope that you will make a decision that will honor and respect the wishes of Anita Lightning as a former employee of over 30 years. She valued FINRA as an employer and I am sure she would appreciate it if her final wishes were being honored.

Sincerely,
Tanjanickia Lightning

*[signature: tanja]*



From: TANJANICKIA LIGHTNING

To: FINRA PENSION CENTER

Memo: BENEFICIARY DESIGNATION APPEAL FOR ANITA LIGHTNING {personal statement}

January 11, 2023

Attention FINRA Pension Center:

I Tanjanickia Lightning am writing this personal statement in regards to the decision for the beneficiary benefits of Anita Lightning.

I would like it to be known that I had been the sole caregiver for my aunt Anita Lightning for nearly 10 years leading to her death. Although I was not the power of attorney, I was the immediate point of contact for all of her personal affairs including doctors appointments with Kaiser, hospital stays, social security disability, sunlife disability, Genworth, her financial advisor Donald Collette with Ameriprise, Mr. Cooper in regards to her home loan as well as the her insurance with Encompass with Roxana Zachary as the agent, banking at suntrust/truist and sending and receiving money from family. I have also assisted her with multiple calls to Finra Pension Center.

My aunt battled brain cancer for the past 8 years after being a breast cancer survivor for over 12 years. Due to her medical condition she oftentimes needed assistance with speaking and mobility. Therefore, I had been authorized by Anita Lightning to speak and conduct business on her behalf and it can be validated by all of the entities stated above, including FINRA to include record of phone calls that entailed me receiving authorization from Anita to speak on her behalf and for her account to be discussed with her in my presence. I have always performed my duties as a niece and caretaker with the best interest of my aunt in mind. I was obedient to her and always worked in conjunction and side by side with her on all matters and would never do anything to jeopardize my relationship with her or any of my family members under any circumstances. I also would not put myself or my aunt Anita in a compromising situation with any of the entities stated above by doing anything fraudulent or not in the presence of Anita. I had no help from any family member in caring for my aunt and handling my aunts affairs. Everything was solely left up to me to handle, complete, sign, contact and take care of even when told to do so by the POA.

Therefore, There are multiple facts surrounding the validity of the beneficiary document completed in June 2022 that was signed by me on behalf of Anita. Prior to the form being completed, Anita Lightning with the assistance of myself Tanjanickia Lightning contacted Finra Pension Center to request a change in persons listed as beneficiary to her benefits upon her death. She was notified that the document to make the changes would be sent out to her home address and would need to be completed and sent back to Finra Pension Center, the representative was fully aware that I would have been assisting with this being completed. It is a known fact that Anita Lightning contacted Finra to request the changes and document. That should validate her intention to change the beneficiaries from whatever was listed in 2019. The paperwork from 2019, is questionable. There is a high possibility that it was not completed by Anita Lightning and there are a few things that support this, I had been completing paperwork for Anita as early as 2018. And to my knowledge and from statements of other family members my name was added to the document from 2019 and I believe that I was the one to assist her

with the document. If the document from 2019 does not list Tyrene Huff, Lenora Frazier, Napoleon Lightning and Tanjanickia Lightning as beneficiaries I suspect it to be invalid and myself along with several other beneficiaries would like for it to be investigated.
Furthermore, to give you an idea of the family dynamic, The family is divided into 4 families...
1. Tyrene Huff and her daughter Tyler huff of Georgia
2. Napoleon R. Lightning and his 4 children Sherry and Paige Phillips and Napoleon L. and Sidney Lightning of Pittsburgh
3. Anita, myself and my brother X'Zavier Lightning in Maryland
4. Lenora Frazier in California

Anita would not have split the benefits into 3 beneficiaries and completely leave out a portion of the family. She did not operate in that manner and treated the family equally. The way the benefits will be distributed in the 2019 document that is being considered valid will result in some family members being completely excluded. That has never been the intent of Anita.

In May 2022, Anita Lightning's health and condition started to decline at a more rapid pace. She was hospitalized and shortly after was admitted to a rehabilitation center. She was still cognitive at this time, however she had lost mobility in her arms, hands and legs. While in the rehab she authorized me to complete and sign the beneficiary document that she had received. She was adamant that I be the one to fill it out, sign for her and mail it even after I offered up the services of her POA to complete it for her. Anita Lightning gave me verbal consent to complete and sign the documents because with me completing it she could validate and it gave her the feeling that she was doing it herself since she was right there with me. She never wanted to relinquish her rights as long as she was cognizant and able to make her own decisions and speak for herself and I gave her the power to do so. There were 4 witnesses present at the time, 3 of them are beneficiaries listed above Sherry Phillips, Paige Phillips and X'Zavier Lightning, Another was an uninterested party but long time friend of the family Jacqueline Yarbough who is a certified notary public. Although we did not notarize the document I completed she was there to witness it and offered her services as a notary if needed. After completing and sending off the document my aunt asked me several times if the document had been sent off and we contacted finra to confirm in late June. Once we received confirmation, Anita was so happy and relieved that the changes were complete and that she had passed away any time after that she knew everything was designated as she wished.

Before completing the document, I had to gather all information for the beneficiaries. I contacted each of them personally either through text message or facetime phone call to retrieve full names with spellings and social security numbers. The only person that I did not formally receive the info from was Tyrene Huff, however Lenora Frazier provided me with the social security number of Tyrene Huff. I informed each person of the reason why I needed the information Tyrene Huff included, and even sent a photo of the document. Everyone knew that I would be doing this for Anita. No one raised any concern at that time and seemed to be pleased with the fact that I was completing this for her.

Tyrene Huff who was the power of attorney at the time did not live in Maryland and resided in Georgia, therefore she was not ever available to assist my aunt with anything that needed to be

done. Anita lived in Maryland and I was the only family member that lived in Maryland which in turn put greater responsibility on me to be present and in the moment with my aunt. I frequently had to set aside time to care for her and handle her affairs and she trusted me with this. My aunt Anita had been sick for a very long time, she appointed Tyrene Huff as power of attorney years ago when Tyrene Huff lived close by in Maryland and in my adolescence with the hopes that she would better fulfill the duties, not only as the POA but as a sister and family member. However this did not happen and my aunt really relied on me for everything. Unfortunately, she did not make the necessary changes to her POA and oftentimes we discussed it she felt she didn't need to because with my assistance she was able to remain in control of her affairs. Tyrene herself has even allowed me to handle things that she should have been doing as the POA and has asked me to complete and sign documents and handle all affairs with Anita's health. Contesting this with finra pension is the only time she has ever attempted to exercise her duty as the POA.

Because I was the person that was present and in the moment, Anita entrusted me to assist her with all of her important affairs. I would complete and sign her documentation each year to validate her need for social security disability benefits. I also would complete and sign her documents for her Sunlife disability benefits when needed. I also completed and signed the documentation that was needed for her to refinance her home along with all paperwork at doctors appointments, hospital visits, genworth homeowners insurance and even when purchasing vehicles and dining out. I was her personal representative for everything and the POA Tyrene Huff knew of this and allowed me to assume the duty. I have documents as proof that will validate this and can be provided if necessary.

In July, Tyrene Huff and Lenora Frazier finally came to visit Anita and stated to me their intention to contact FINRA and inform them that the document I did was invalid/fraudulent and the dislike of the decision that was made by Anita to evenly distribute the benefits. Myself and X'Zavier Lightning asked them why they would commit this act of dishonesty and they informed us that they were not pleased and felt that the benefits should be distributed to her siblings only. Tyrene Huff questioned me on why I did not contact her to complete the form because she was the power of attorney and I informed her that there was no need to because Anita had provided me with verbal authorization to do so. Contacting FINRA and making the allegation that the document was invalid/fraudulent was premeditated and planned by Tyrene Huff and Lenora Frazier in July. It was a malicious plan to deceive the beneficiaries of Anita Lightning and FINRA for their personal gain.

Finding out from FINRA representatives that the document I completed was considered invalid/fraudulent was very disheartening. Knowing that I had no malicious intent and was completely acting in the best wishes and respect of my aunt was a huge blow along with dealing with the death of my aunt whom I was extremely close to. This situation has placed a huge wedge between Anita's family and my only wish is that she was here to rectify and validate this on her own. At this point it is a matter of what's legal, and what is true and any proof that can be provided to support it. All I have in the favor of me and Anita is the statements of the 4

witnesses that were there. Validation from her financial advisor from Ameriprise Donald Collette, Her living will that states even distribution and my honest word.

Aside from everything, Evenly distributing the funds is the fair thing to do in a situation of this magnitude. It leaves beneficiaries out and it is consistent with the manner in which Anita designated her estate. I ask that you please consider all details that I have presented along with the witness statements that will be sent in via fax from all witnesses and the validity of the document from 2019. Also, please keep in mind the timing of the claim and the rights of my aunt Anita as a living person. She should have been given the right to validate her wishes before her death and after her death anything she had designated should not be changed.
Ultimately, I want my aunt's wishes to be honored and her legacy to continue and be upheld. She made every effort to save her money for her family whom she loved and cared for tremendously in her absence knowing that she was ill and life was not promised very long to her. She always joked that we all would need what she was leaving us for when she was gone and prided herself in the fact that she would be providing an inheritance of this stature to EVERY MEMBER OF HER FAMILY.

Furthermore, my aunt was proud of the company in which she built her career. She was an employee for over 30 years and had much respect for FINRA. She would be pleased to know that FINRA respected her wishes and honored her beyond her death.

Thank you for your time,
Tanjanickia Lightning

# FAX TRANSMITTAL

TO: FINRA PENSION CENTER
(847) 554-1448

FROM: JACQUELINE D YARBOUGH

RE: BENEFICIARY DOCUMENTS – ANITA M. LIGHTNING

January 13, 2023

To: FINRA Pension Center

From: Jacqueline D. Yarbough

Re: Beneficiary Documents – Anita M. Lightning

I met Ms. Lightning in September 1993 in our first accounting class at Strayer College, we became fast friends. In the early months of 2008, she informed me that she was diagnosed with breast cancer. As fate would have it, I lost my job in June of that same year. It ended up being the perfect situation as I was able to attend each and every cancer treatment, doctor's appointment and surgery along with her niece Tanjanickia (Tanja).

In 2012, Ms. Lightning called me to inform me that she was being rushed to the hospital, her cancer had metastasized to her brain. I clocked out of my part time at home job to be by her side. In 2013, I found full time employment and wasn't able to go with her to appointments, etc. and that's when Tanja stepped up as the main source of caretaking for Anita. But I was always in attendance with respect to emergency hospital stays, rehab. One that stands out was when her brain cancer returned and she had to have another brain surgery. Because of my relationship with Anita, this great company allowed me to take off from work for four days to be by her side again. She was like a sister to me and most people thought we were.

With that said, I was in attendance at the Magnolia Rehabilitation Center on June 6th when Anita was very upset that the beneficiary paperwork she requested from FINRA only had about 4 lines to provide the names of her beneficiaries. She had 10 beneficiaries she wanted to list; her siblings and all of her nieces and nephews. Tanja assured her that she would call FINRA to inquire about how to proceed which calmed her. As her health was failing, she wanted to make sure this was done before she passed away.

Although Anita made her older sister Tyrene Huff who lives in Georgia her power of attorney, it was Tanja and Tanja only that tended to her every want and need. I witnessed Tanja sign several documents for her as Anita wasn't able to do much towards the last couple of years. She also had become dissatisfied with the way Tyrene was handling her affairs. The hospital and/or rehab would try to reach her sister to no avail. Eventually, Tanja was the main contact with anything that pertained to Anita. Even on that fateful day, Ms. Huff did not answer the phone call from hospice to inform her that her sister transitioned. They then called Tanja, as always...

If you should need to talk to me for further information, I can be reached at (202) 246-1119.

Sincerely,

*Jacqueline D. Yarbough* (signature)

Jacqueline D. Yarbough

ATTN: FINRA PENSION CENTER

Regarding beneficiary documents for Anita Lightning

My aunt, Anita Lightning, has always been one of the driving forces of our family. She made sure my siblings, my cousins, and I were taken care of when our parents couldn't do it. She even took care of my parents and distant family members in times of need. My aunt has always been the most financially savvy in the family which is why I always ran to her for advice on how to invest. My main goal has always been to retire early, and she has helped me gather the tools on how to make that happen.

I felt like I regularly went to Maryland to see my aunt because I wanted to support my cousin Tanja Lightning who took care of her the most. My aunt had two sisters and one brother that was scattered all over the US, but they didn't have the time to care for her like Tanja did. We decided in June that a few of us would go visit my aunt in Maryland. It was myself, my two cousins, my younger sister, and a family friend. To be more specific, we all went to see her on June 6, 2022, at Magnolia Rehabilitation Center.

At that time, you could see that my aunt was determined to get some things done before she had passed away. She always made it a point to remind us that she was going to die. There were times when she would even make jokes about her death that we did not like. When we were at Magnolia Rehabilitation Center, she urged my cousin Tanja Lightning to assist her in filling out the beneficiary paperwork. Tanja had her worries about filling out the paperwork because she knew that there would be family members coming after her and giving her a hard time, as they always did even before my aunt's death. My aunt asked Tanja "Are you stupid" when Tanja expressed her feelings of worry when it came to filling out the paperwork. Tanja then took the necessary steps to make sure that she had rights to help my aunt with the paperwork, just for it to be thrown in her face later that year after my aunts passing.

Case 1:23-cv-02336-RDB   Document 24-8   Filed 08/29/24   Page 14 of 18

I want to take the time to say thank you all for letting us write witness statements. I want my aunts wishes to be respected and I urge FINRA to look more into this situation before making any disbursements.

*[signature]*

1/13/2023

ATTN: FINRA PENSION CENTER

Regarding beneficiary documents for Anita Lightning

At the beginning of June 2022, I went to visit my aunt, Anita Lightning, in Maryland. It had been a long time since I had seen her. My cousin, Tanja Lightning, had been taking care of my aunt since she first started getting sick. One thing about Anita is that she cared deeply about all her family members. Before she passed away, she made sure to let us know that we would be taken care of. Before she started to get worse, as far as her illness, she always talked about her money, her home, and all the stuff that was in her house. Before she passed away, she started to pass out some of the stuff that she wanted us to have. She gave my older sister, my younger sister, and I gold rings.

On June 6, 2022, a few of my family members and a family friend went to visit my aunt in the nursing home. The name of the nursing home was Magnolia Rehabilitation Center. My aunt never liked being there and always gave my cousin Tanja a hard time about getting her out of there. On this day, she also gave my cousin Tanja a hard time about the beneficiary paperwork that needed to be sent to FINRA. She referred to my cousin as "stupid" for not filling out the paperwork when she ordered her to. She said this in front of my sister, my younger cousin, and a close family friend.

Tanja was worried about following the directions that my aunt gave to her because she knew that later down the line, other family members would have said that she was trying to steal money. My other family members never viewed most of the beneficiaries as worthy when it came to receiving help from my aunt. When they found out that we were all on the account as beneficiaries, they made it their mission to make sure that we did not receive what my aunt left for us. With that being said, I urge FINRA to investigate deeper to find out what my aunt really wanted for her family.

*Taya Phillips*
1/13/2023



# FINRA PENSION CENTER
# (847) 554-1448



Attention Finra Pension Center,

My name is X'Zavier Lightning. I am sending this letter in regards to the beneficiary documents for Anita Lightning.

I want to recall the events of June 6th which is the day that my aunt, Anita Lightning, gave my sister, Tanja Lightning, authorization to complete and sign the documentation. During this time, my aunt was not at her peak health and was not physically able to do a lot so she relied on her family to assist her, which was mainly my sister. On this day, we went to visit my aunt at the nursing home that she resided in at the time. We brought with us her mail from home in which the documentation for her beneficiaries were sent. She then asked my sister to fill out the paperwork for her because she was not able to do so on her own. My sister did not want to fill this paperwork out because she thought that the power of attorney should do it, which was my other aunt, Tyrene Huff. She told my aunt this but my aunt stated that she did not trust Mrs. Huff and did not believe that she would do what she asked of her. My sister reluctantly filled it out exactly as my aunt told her. My aunt then asked her to sign the paperwork which my sister was reluctant to do because she didn't want it to seem like she was doing anything malicious. She asked my aunt to at least try to sign the paperwork herself but she was not able to. After a long back and forth about it, my aunt then told my sister to let everyone who is involved in the paperwork know that she will be completing the documentation and why, which my sister did.

In July, my Aunts Tyrene Huff and Lenora Lighning came to visit my Aunt Anita. While here for the brief visit we discussed Anita's final wishes to split her FINRA monies between everybody and that the paperwork had been forwarded. This did not sit well with her sisters who felt that the funds should be split between the siblings. They knew the paperwork was being done because my sister Tanja called each and every family member to obtain their social security numbers for the form. Tyrene then stated that if that is the case that she would call FINRA and inform them that it was a fraud.

My sister just did what was in the best interest of my aunt and what was asked of her like any other time. My sister always helped my aunt with any of her affairs with no issues. I hope that Finra will respect and honor my aunt's wishes and distribute the funds the way my aunt wanted.

Hopefully, this letter reaches whoever this may concern well and thank you.

Sincerely,
X'Zavier Lightning