**From:** Tanja Lightning
**Sent:** Saturday, July 29, 2023 7:23 PM
**To:** Cavallaro, Tony (HR) [Tony.Cavallaro@finra.org]
**Subject:** Re: Pension Appeal Additional Information

> **WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

Hello Tony,

We have received the letter regarding the appeal decision.

Thank you very much for your attention to this matter. I truly appreciate your time spent and efforts made to rectify this. This has been a very difficult time for my family, however the ultimate goal is to respect and honor the final wishes of Anita, for this reason the effected beneficiaries and I are prepared to move forward with a civil case.

I would like to request copies of all documentation used to warrant the decision made in this appeal to include a copy of the POA document, transcripts of all phone calls that are available within your retention policy and witness statements.

Thanks,
Tanja Lightning

> On Jul 28, 2023, at 11:43 PM, Cavallaro, Tony (HR) <Tony.Cavallaro@finra.org> wrote:
>
> Dear Ms. Lightning,
> Attached to this email is the attached appeal decision letter. A copy of this letter is also being sent to you via Fedex for Saturday delivery on July 29th.
> Thanks Tony
>
> **Tony Cavallaro**
> Director of Benefits
> Financial Industry Regulatory Authority
> (o) 240.386.4863
> www.finra.org
>
> ---
>
> **From:** Tanja Lightning
> **Sent:** Thursday, July 13, 2023 11:06 AM

EXHIBIT 11

To: Cavallaro, Tony (HR) <Tony.Cavallaro@finra.org>
Subject: Re: Pension Appeal Additional Information

**WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

Good Morning Tony,

Yes, I received an email to inform me that I was going to be receiving a package from FINRA via fed ex because I get delivery alerts for all my packages and mail. At the time of receiving the email I was in Pittsburgh visiting some of the family. They asked had I heard anything from Finra and that is what reminded me of the package coming. When I returned home the following Tuesday the package was not there and I honestly had forgotten about the delivery. Once I remembered I contacted the pension center right away to notify them and that's when I was informed that it was a letter requesting any additional info and the documents I had as proof that I had been signing official documents for Anita as well as what her signature/handwriting looked like prior to her death and since I began to sign for her.

Thank you for allowing me the additional time to get the documents to you. I am currently trying to figure out how I can obtain additional documents that are in Anita's home. Tyrene Huff (POA) has not allowed me access to her residence and refuses to communicate with me so that I can gather things I need to support our claim. Furthermore, I have contacted Kaiser, and the hospitals and nursing home as well as Genworth and other entities for copies of documentation that I have signed on Anita and Tyrene's (POA) behalf with their permission because I was present and available to do so. I am attempting to retrieve these documents just to validate and prove that I was the one handling the affairs for Anita for the entirety of her illness.

I will do my best to provide as many documents as possible by 7/18/2023 as you requested. Once again, thank you for you attention to this matter. I will be in touch.

Tanja Lightning


> On Jul 12, 2023, at 3:10 PM, Cavallaro, Tony (HR) <Tony.Cavallaro@finra.org> wrote:
>
> Dear Ms. Lightning,

The FINRA Pension Center recently advised us that you indicated you never received my prior letter to you dated June 15, 2023. We are, however, in receipt of the additional information you faxed to the FINRA Pension Center earlier this week on July 10—thank you.

If you have any additional information you want the Plan Administrator of the FINRA Employees Retirement Plan to consider regarding the appeal you filed by letter dated May 25, 2023, please provide such information to me by end of day Tuesday, July 18. If you need a link to a secured file sharing site, please let me know, and I can send you a link.

If you have additional relevant information that you are unable to provide by July 18, please let me know by end of day Tuesday, July 18, and provide an explanation, including what you expect to provide and what additional time you need.

Thanks Tony

**Tony Cavallaro**
Director of Benefits
Financial Industry Regulatory Authority
(o) 240.386.4863
www.finra.org

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

<T. Lightning Appeal Decision Letter (7.28.2023) with cc.pdf>