IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| FINRA PENSION/401(k) PLAN COMMITTEE, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | Case No. 1:23-cv-2336-RDB |
| NAPOLEON ROOSEVELT LIGHTNING, et al., ) ) ) ) | |
| Defendants. ) ) | |

**SUPPLEMENT TO PARTIAL CONSENT MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS**

Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier, through undersigned counsel hereby supplements their Partial Consent Motion to Enlarge Time to File Dispositive Motions from Wednesday July 17, 2024 to Friday July 19, 2024 by reporting to the Court that on July 18, 2024, counsel for Defendants Tanjanickia Lightning, X'Zavier Lightning, Paige Phillips, Tyler Huff, Sidney Lightning, and Sherry Lightning consented to the enlargement sought.

WHEREFORE, it is requested that the Motion to Enlarge Time to File Dispositive Motions is granted and the deadline for filing Dispositive Motions is enlarged from July 17, 2024 to July 19, 2024.

| | |
|---|---|
| Date:  July 19, 2024 | Respectfully submitted, |
| | */s/ Jesse D. Stein*<br>Eugene W. Policastri, Bar No. 14917<br>Jesse D. Stein, Bar No. 17663<br>Selzer Gurvitch Rabin<br>Wertheimer & Polott, PC<br>600 Jefferson Plaza, Suite 308<br>Rockville, MD 20852<br>T:   (301) 986-9600<br>F:   (240) 235-4399<br>E:   gpolicastri@sgrwlaw.com<br>       jstein@sgrwlaw.com |
| | Counsel for Defendants Napoleon Roosevelt Lightning, Tyrene Huff and Lenora Frazier |

**CERTIFICATE OF SERVICE**

I hereby certify that on the July 19, 2024 the foregoing was served by the Court's electronic PACER system on the following individuals:

Edward Lee Isler, Esq.
Micah E. Ticatch, Esq.
Isler Dare PC
1945 Old Gallows Rd. Suite 650
Vienna, VA 22182
*Counsel for FINRA Pension/401(k) Plan Committee*

Carl V. Angelis
4601 Grant Street, NE
Washington, DC 20019-4741
*Counsel for Defendants Tanja Lightning,*
*X'Zaivier Lightning, Paige Phillips, Sherry Phillips,*
*Napoleon Lightning, Tyler Huff, and Sidney Lightning*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jesse D. Stein*
　　　　　　　　　　　　　　　　　　　　　　　Jesse D. Stein