IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FINRA PENSION/401(k) PLAN COMM., | * | |
| *Interpleader-Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-23-2336 |
| NAPLEON ROOSEVELT LIGHTNING, TYRENE HUFF, LENORA FRAZIER, TANJANICKIA LIGHTNING, SHERRY PHILLIPS, TYLER HUFF, PAIGE PHILLIPS, X'ZAVIER LIGHTNING, NAPOLEON LLOYD LIGHTNING, and SIDNEY LIGHNING, | * * * * | |
| *Interpleader-Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 24th day of February, 2025, HEREBY ORDERED that:

1. Interpleader-Defendants Napoleon Roosevelt Lightning, Tyrene Huff, and Lenora Frazier's Motion for Summary Judgment (ECF No. 24) as supplemented (ECF No. 27) is GRANTED;

2. Specifically, Judgment is ENTERED in favor of Interpleader-Defendants Napoleon Roosevelt Lightning, Tyrene Huff, and Lenora Frazier; and against Interpleader-Defendants Tanjanickia Lightning, Sherry Phillips, Tyler Huff, Paige Phillips, X'Zavier Lightning, Napoleon Lloyd Lightning, and Sidney Lightning;

3. Further, Interpleader-Plaintiff FINRA Pension/401(k) Plan Committee is DISMISSED from this case WITH PREJUDICE;

4. The Clerk of Court shall CLOSE this case; and

5. The Clerk of Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel.

                                                /s/
                                        Richard D. Bennett
                                        United States Senior District Judge